O   PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-04009 AHM (JCx) | Date | November 11, 2009 |
|---|---|---|---|
| Title | AL ALI  v. FASTENERS FOR RETAIL, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)


　　　　At the November 2, 2009 pretrial conference, the Court permitted FFR to submit a renewed motion for summary judgment in light of Ali's proposed jury instruction regarding the scope of the trade secret that FFR allegedly misappropriated.  FFR filed its Motion on November 4, 2009.  In Ali's opposition, filed on November 9, 2009, he offers a whole host of new evidence in support of his contention that a genuine issue of material fact exists as to whether or not he disclosed his barcode technology to FFR.  In order to provide the Court with a full record upon which to base its ruling, FFR is permitted to submit a reply by not later than Friday, November 13, 2009.

　　　　The Court doubts whether it will be in a position to issue a ruling on FFR's Motion by Monday, November 16, 2009.  However, the parties will not be prejudiced because it has now become clear that any trial in this case will have to trail the *Carlos Torres v. City of Los Angeles et al.,* 2:08-cv-08212-AHM-SS trial, which will consume the Court's schedule for next week.

　　　　Meanwhile, the Court ORDERS the parties to take every feasible step—including, possibly, further mediation—to settle this case.  Given what the parties disclosed in Court at the pretrial conference, it is preposterous that they are gearing up to require the Court to try a case in which they have no remaining dispute, and which they claim to have been unable to settle solely because of the prospect of potential future litigation.

　　　　If the parties are unable to reach a settlement, they may well have to remain poised to try this case on very short notice, because the Court is flatly unwilling to squeeze such a misguided trial into its crowded calendar when there are real, legitimate, and important

O   PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-04009 AHM (JCx) | Date | November 11, 2009 |
|---|---|---|---|
| Title | AL ALI  v. FASTENERS FOR RETAIL, INC. | | |

matters requiring prompt attention.

:

Initials of Preparer   se