O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-04009 AHM (JCx) | Date | November 16, 2009 |
|---|---|---|---|
| Title | AL ALI  v. FASTENERS FOR RETAIL, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court ORDERS Defendant FFR to prepare a chronology of statements and representations that Plaintiff Al Ali has made regarding the identification of his trade secrets.  The chronology shall include – without presenting any argument or characterizations – every statement or representation that Ali or his counsel has made throughout the course of this litigation regarding the identity of his alleged  trade secrets, and to whom each identified trade secret was disclosed.  Such chronology shall be organized by the date that the statement or representation was made, and shall provide citations to the document, declaration, deposition testimony, or other evidence that contains the statement or representation.

The chronology shall look like:

| DATE | STATEMENT | EVIDENCE |
|---|---|---|
| 8/8/08 | "My trade secrets are/were X, Y, and Z..." | Ali Depo. 8/8/08 at 100:5-6. |
| 11/2/09 | "Plaintiff's trade secrets are X, Y, and Z..." | Parties' Joint Jury Instructions and Verdict Forms, Proposed Jury Instruction No. 31 |

Defendant shall file this chronology with the Court by not later than Wednesday,

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-04009 AHM (JCx) | Date | November 16, 2009 |
|---|---|---|---|
| Title | AL ALI  v. FASTENERS FOR RETAIL, INC. | | |

November 18, 2009.  Plaintiff is not permitted a response.

     This Order is not intended for publication or for inclusion in the databases of Westlaw or LEXIS.

                                                                                         :

Initials of Preparer      Se