JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL ALI,<br><br>          Plaintiff(s),<br><br>     v.<br><br>FASTENERS FOR RETAIL, INC., *et al.*,<br><br>          Defendant(s). | CASE NO. CV07-4009-AHM (JCx)<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 19, 2009

_____
A. HOWARD MATZ
United States District Judge

**JS-6**